## MINNIE M. CHILDERS, Respondent, v. LEON HUR-WITZ, Appellant.

### Springfield Court of Appeals, May 2, 1910.

APPELLATE PRACTICE: Printed Abstract. Where nothing has been filed in the Court of Appeals except a certified copy of the record entry of the judgment and order granting appeal, the appeal will be dismissed. A printed abstract is required.

Appeal from Jasper Circuit Court.—*Hon. E. D. Blair,* Judge.

APPEAL DISMISSED.

*Geo. J. Grayston* for appellant.

*J. G. Littick* and *W. J. Owen* for respondent.

NIXON, P. J.—This is an appeal on the short form from the circuit court of Jasper county. Nothing appears to have been filed in this court but a certified copy of the record entry of the judgment and order granting the appeal. A printed abstract is required by our rules and section 813, Revised Statutes 1899, and as none has been furnished, the appeal will be dismissed. [Dean v.

Brockman, 128 Mo. App. 77, 106 S. W. 592; Garrett v. K. C. Coal Min. Co., 111 Mo. l. c. 281, 20 S. W. 25; Cunningham v. Union Pac. Ry. Co., 110 Mo. 208, 19 S. W. 822; Whiting v. Lead Co., 195 Mo. 509, 92 S. W. 883.] All concur.